CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:	(916) 325-2100
Facsimile:	(916) 325-2120
Email:	cholzhauser@beesontayer.com

Attorneys for Plaintiff Trustees of the Northern California General Teamsters Security Fund

**UNITED STATES DISTRICT COURT CALIFORNIA**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AT SACRAMENTO**

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>                             Plaintiff,<br><br>             v.<br><br>KEOLIS TRANSIT AMERICA, INC.,<br><br>                             Defendant. | Case No. 2:21-CV-00205-MCE-AC<br><br>**SUMMONS RETURNED EXECUTED** |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 02/04/2021 |
| NAME OF SERVER *(PRINT)* JESSE ALFORD | TITLE Not a Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cogency Global, Inc., Agent, Received by Lya Daugett, Administrative Assistant at 1325 J Street, Suite 1550, Sacramento, California 95814 at 2:32 p.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    February 10, 2021
                        Date

Signature of Server    Ace Attorney Service, Inc.
901 F Street, Suite 150, Sacramento, California 95814
Phone Number: (916) 447-4000 / Fax Number: (916) 244-0644
Registration No.: N/A / County: N/A

*Address of Server*

In addition to the Summons, the following documents were also served: COMPLAINT; INITIAL PRETRIAL SCHEDULING ORDER; MASGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION