CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER O. HAMMER, SBN 272543
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: cholzhauser@beesontayer.com
chammer@beesontayer.com

Attorneys for Plaintiff Trustees of the Northern California General Teamsters Security Fund

**UNITED STATES DISTRICT COURT CALIFORNIA**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**AT SACRAMENTO**

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC.,<br><br>Defendant. | Case No. 2:21-CV-00205-MCE-AC<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK** |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Please enter the default of Defendant Keolis Transit America, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend as appears from the Declaration of Christopher O. Hammer in Support of Request for Entry of Default by Clerk filed concurrently herewith. A proposed Order is being filed concurrently with this request.

Dated: March 3, 2021                                BEESON, TAYER & BODINE, APC


                                                                By:  */s/ Christopher Hammer*
                                                                        CHRISTOPHER HAMMER
                                                                Attorneys for Trustees of the Northern
                                                                California General Teamsters Security Fund