1 CATHERINE E. HOLZHAUSER, SBN 118756
CHRISTOPHER HAMMER, SBN 272543
2 BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
3 Sacramento, CA 95814-4714
Telephone: (916) 325-2100
4 Facsimile: (916) 325-2120
Email: cholzhauser@beesontayer.com
5 chammer@beesontayer.com

Attorneys for Plaintiff
Trustees of the Northern California General Teamsters Security Fund

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AT SACRAMENTO

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC.,<br><br>Defendant. | Case No. 2:21-CV-00205-MCE-AC<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Hearing Date: Vacated<br>Judge: Honorable Morrison C. England, Jr.<br>Complaint Filed: February 2, 2021<br>Trial Date: Not Yet Set |

Plaintiff Trustees of the Northern California General Teamsters Security Fund does not oppose Defendant Keolis Transit America, Inc.'s Motion to Set Aside Clerk's Entry of Default.

Dated: April 27, 2021                                            BEESON, TAYER & BODINE, APC


By:   */s/ Christopher Hammer*
        CHRISTOPHER HAMMER
Attorneys for Trustees of the Northern
California General Teamsters Security Fund

<table>
<tr><td>1</td><td>**PROOF OF SERVICE**</td></tr>
</table>

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 520 Capitol Mall, Suite 300, Sacramento, CA 95814-4714. On this day, I served the following document(s):

**STATEMENT OF NON-OPPOSITION TO
MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

☐ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a United States mailbox in the City of Sacramento, California.

☐ By Personal Delivering a true copy thereof, to the parties in said action, as addressed below in accordance with Code of Civil Procedure §1011.

☐ By Overnight Delivery to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United Parcel Service Overnight Delivery.

☐ By Facsimile Transmission to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(e).

☐ By Electronic Service. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in item 5. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ By Transmission through the CM/ECF System: I caused the document(s) to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address and which transmission constitutes service under Local Rule 135(a).

    Damien P. Delaney
    Ashley N. Bobo
    Akerman LLP
    601 West Fifth Street, Suite 300
    Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, April 27, 2021.

                                           */s/ Nona Mounir*
                                           Nona Mounir