KEITH CHRESTIONSON (State Bar No. 130936)
Email: kchrestionson@foxrothschild.com
FOX ROTHSCHILD LLP
345 California
Suite 2200
San Francisco, CA 94104
Telephone:  (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Defendant
KEOLIS TRANSIT AMERICA, INC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00205-MCE-AC<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Dept.:<br><br>Complaint Filed:   February 2, 2021<br>Trial Date: |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, Plaintiff TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND and Defendant KEOLIS TRANSIT AMERICA, INC, by and through their attorneys of record, that Defendant's current responsive pleading date of October 27, 2021 be extended to November 10, 2021, and Defendant will file its responsive pleading on or before November 10, 2021.

Dated:  October 26, 2021                BEESON TAYER & BODINE

By: _____
Catherine E. Holzhauser
Attorneys for Plaintiff
TRUSTEE OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

Dated:  October 26, 2021                FOX ROTHSCHILD LLP

By: _____
Keith Chrestionson
Attorneys for Defendant
KEOLIS TRANSIT AMERICA, INC.

## ORDER

Upon consideration of the stipulated application to extend deadline, and finding that good cause exists, IT IS HEREBY ORDERED that the current deadline for Defendant to respond is extended to November 10, 2021.

IT IS SO ORDERED.

DATED:  November 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE