1  KEITH CHRESTIONSON (State Bar No. 130936)
   kchrestionson@foxrothschild.com
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104
   Telephone:    (415) 364-5540
4  Facsimile:    (415) 391-4436

5  Attorneys for Defendant
   KEOLIS TRANSIT AMERICA, INC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00205-MCE-AC<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Date:<br>Time:<br>Dept.:<br><br>Complaint Filed:    February 2, 2021<br>Trial Date: |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, Plaintiff TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND and Defendant KEOLIS TRANSIT AMERICA, INC, by and through their attorneys of record, that the parties previously stipulated to extend the responsive pleading date to November 24, 2021 and now wish to extend the responsive pleading date to December 8, 2021.  Defendant will file its responsive pleading on or before December 8, 2021.

Dated:  November 23, 2021      BEESON TAYER & BODINE

By: _____
Catherine E. Holzhauser
Attorneys for Plaintiff
TRUSTEE OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND

Dated:  November 23, 2021      FOX ROTHSCHILD LLP

By: _____
Keith Chrestionson
Attorneys for Defendant
KEOLIS TRANSIT AMERICA, INC.

## ORDER

Upon consideration of the stipulated application to extend deadline, and finding that good cause exists, IT IS HEREBY ORDERED that the current deadline for Defendant to respond is extended to December 8, 2021.

IT IS SO ORDERED.

DATED:  November 29, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE