KEITH CHRESTIONSON (State Bar No. 130936)
kchrestionson@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436

Attorneys for Defendant
KEOLIS TRANSIT AMERICA, INC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT AMERICA, INC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00205-MCE-AC<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date:<br>Time:<br>Dept.:<br><br>Complaint Filed:   February 2, 2021<br>Trial Date: |

**STIPULATION**

Plaintiff TRUSTEES OF THE NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND and Defendant KEOLIS TRANSIT AMERICA, INC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Dated: December 3, 2021                     BEESON TAYER & BODINE

                                   By:   /s/ Catherine E. Holzhauser
                                         (authorized on December 3, 2021)
                                         Catherine E. Holzhauser
                                         Attorneys for Plaintiff
                                         TRUSTEE OF THE NORTHERN
                                         CALIFORNIA GENERAL TEAMSTERS
                                         SECURITY FUND

Dated: December 3, 2021                     FOX ROTHSCHILD LLP

                                   By:   /s/ Keith Chrestionson
                                         Keith Chrestionson
                                         Attorneys for Defendant
                                         KEOLIS TRANSIT AMERICA, INC.

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action be, and hereby is, DISMISSED with prejudice as to all claims, causes of action, and parties.  Each party shall bear its own attorney's fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  December 8, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE